# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:19-CV-695-GCM-DCK

| | |
|---|---|
| JODY ROSE, ADMINISTRATRIX OF THE ESTATE OF KYREE DEVON HOLMAN, DECEASED, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| PSA AIRLINES, INC. GROUP INSURANCE PLAN, PSA AIRLINES GROUP HEALTH BENEFIT PLAN, PSA AIRLINES PLAN B EMPLOYEE BENEFIT PLAN, PSA AIRLINES, INC., PSA AIRLINES SHARED SERVICES ORG., UMR, INC., QUANTUM HEALTH, INC., aka MYQHEALTH BY QUANTUM, and MCMC LLC, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 18) filed by Edward B. Davis, concerning Ross McSweeney on January 30, 2020. Ross McSweeney seeks to appear as counsel *pro hac vice* for Defendant PSA Airlines, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 18) is **GRANTED**. Ross McSweeney is hereby admitted *pro hac vice* to represent Defendant PSA Airlines, Inc.

**SO ORDERED**.

Signed: January 30, 2020

David C. Keesler
United States Magistrate Judge