# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-695-GCM-DCK

| | |
|---|---|
| JODY ROSE, as Administratrix of the Estate of Kyree Devon Holman, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PSA AIRLINES, INC. GROUP INSURANCE PLAN, PSA AIRLINES GROUP HEALTH BENEFIT PLAN, PSA AIRLINES PLAN B EMPLOYEE BENEFIT PLAN, PSA AIRLINES, INC., PSA AIRLINES SHARED SERVICES ORG., UMR, INC., QUANTUM HEALTH, INC., a/k/a MyQhealth by Quantum, and MCMC LLC, )<br>)<br>Defendants. ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit Of Jordan Edwards" (Document No. 37) filed by Brian D. Boone, concerning Jordan E. Edwards on April 3, 2020. Jordan E. Edwards seeks to appear as counsel *pro hac vice* for Defendant UMR, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit Of Jordan Edwards" (Document No. 37) is **GRANTED**. Jordan E. Edwards is hereby admitted *pro hac vice* to represent Defendant UMR, Inc.

**SO ORDERED**.

Signed: April 6, 2020

David C. Keesler
United States Magistrate Judge