# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:19-CV-695-GCM-DCK

| | |
|---|---|
| JODY ROSE, as Administratrix of the Estate of Kyree Devon Holman,  )<br>)<br>**Plaintiff,**  )<br>)<br>v.  )<br>)<br>PSA AIRLINES, INC. GROUP INSURANCE PLAN, PSA AIRLINES GROUP HEALTH BENEFIT PLAN, PSA AIRLINES PLAN B EMPLOYEE BENEFIT PLAN, PSA AIRLINES, INC., PSA AIRLINES SHARED SERVICES ORG., UMR, INC., QUANTUM HEALTH, INC., a/k/a MyQhealth by Quantum, and MCMC LLC,  )<br>)<br>**Defendants.**  )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 48) filed by Edward B. Davis, concerning David J. Butler on April 14, 2020. David J. Butler seeks to appear as counsel *pro hac vice* for Defendant Quantum Health, Inc. aka MyQHealth By Quantum. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 48) is **GRANTED**. David J. Butler is hereby admitted *pro hac vice* to represent Defendant Quantum Health, Inc. aka MyQHealth By Quantum.

**SO ORDERED**.

Signed: April 14, 2020

David C. Keesler
United States Magistrate Judge