# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:19-CV-695-GCM-DCK

| | |
|---|---|
| **JODY ROSE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **PSA AIRLINES, INC. GROUP INSURANCE** ) | |
| **PLAN, PSA AIRLINES GROUP HEALTH** ) | |
| **BENEFIT PLAN, PSA AIRLINES PLAN B** ) | |
| **EMPLOYEE BENEFIT PLAN, PSA** ) | |
| **AIRLINES, INC., PSA AIRLINES SHARED** ) | |
| **SERVICES ORG., UMR, INC., QUANTUM** ) | |
| **HEALTH, INC., and MCMC, LLC,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Consent Motion For Leave To File Consolidated Response To Defendants' Objections To The Magistrate Judge's Memorandum & Recommendation And To Exceed Page Limit (Document No. 70) filed April 20, 2021. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Consent Motion For Leave To File Consolidated Response To Defendants' Objections To The Magistrate Judge's Memorandum & Recommendation And To Exceed Page Limit (Document No. 70) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's consolidated response to all pending Objections to the Magistrate Judge's Memorandum & Recommendation shall not exceed **thirty-five (35)** pages.

**SO ORDERED**.

Signed: April 20, 2021

David C. Keesler
United States Magistrate Judge