IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:19-CV-695-GCM-DCK

| JODY ROSE, | ) |
| :--- | :--- |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| PSA AIRLINES, INC. GROUP | ) |
| INSURANCE PLAN et al.,, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 80) filed by Victoria T. Kepes, concerning Henry W. Frampton IV, on August 17, 2021. concerning Henry W. Frampton IV seeks to appear as counsel *pro hac vice* for Defendant MCMC, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 80) is **GRANTED**. concerning Henry W. Frampton IV is hereby admitted *pro hac vice* to represent Defendant MCMC, LLC.

**SO ORDERED**.

Signed: August 17, 2021

David C. Keesler
United States Magistrate Judge