# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Jody Rose, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:19-cv-00695-GCM-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| PSA Airlines, Inc. Group Insurance Plan et al., | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 22, 2021 Order.

September 22, 2021

Frank G. Johns, Clerk
United States District Court