IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19CV695-GCM-DCK

JODY ROSE,

    Plaintiff,

vs.

PSA AIRLINES, INC. GROUP INSURANCE PLAN, *et al.*,

    Defendants.

## MEMORANDUM TO THE PARTIES

This matter is before the Court upon its own motion. The Court is aware that the mandate has yet to be issued in this case. Nevertheless, the Court requests that the parties contact magistrate judge Susan C. Rodriguez forthwith to schedule a judicial settlement conference.

Signed: September 13, 2023

Graham C. Mullen
United States District Judge