IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-cv-00695-GCM-DCK

| | |
|---|---|
| JODY ROSE, ADMINISTRATRIX OF THE ESTATE OF KYREE DEVON HOLMAN, DECEASED,<br><br>Plaintiff,<br><br>v.<br><br>PSA AIRLINES, INC. GROUPINSURANCE PLAN, PSA AIRLINES GROUP HEALTH BENEFIT PLAN, PSA AIRLINES PLAN B EMPLOYEE BENEFIT PLAN, PSA AIRLINES, INC., PSA AIRLINES SHARED SERVICES ORG., UMR, INC., QUANTUM HEALTH, INC. aka MYQHEALTH BY QUANTUM, and MCMC, LLC,<br><br>Defendants. | **ORDER** |

**THIS MATTER** is before the Court on the Parties' Joint Motion for Further Stay filed July 8, 2024. (Doc. No. 111). Having carefully considered the Joint Status Report and Motion for Further Stay, the undersigned will grant the motion.

**IT IS THEREFORE ORDERED** that the Parties' motion for stay is **GRANTED**. Any deadlines as to Defendant UMR, Inc. are stayed through and including July 29, 2024. The Parties will file dismissal papers or a status report by July 29, 2024.

**SO ORDERED.**  Signed: July 9, 2024

*Graham C. Mullen*
Graham C. Mullen
United States District Judge