IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-cv-00695-GCM-DCK

| | |
|---|---|
| JODY ROSE, ADMINISTRATRIX OF THE ESTATE OF KYREE DEVON HOLMAN, DECEASED,<br><br>Plaintiff,<br><br>v.<br><br>PSA AIRLINES, INC., GROUPINSURANCE PLAN, PSA, AIRLINES GROUP HEALTH BENEFIT PLAN, PSA AIRLINES PLAN B EMPLOYEE BENEFIT PLAN, PSA AIRLINES, INC., PSA AIRLINES SHARED SERVICES ORG., UMR, INC., QUANTUM HEALTH, INC. aka MYQHEALTH BY QUANTUM, and MCMC, LLC,<br><br>Defendants. | **ORDER** |

**THIS MATTER** is before the Court on the Plaintiff's Motion for Further Stay filed August 19, 2024. (Doc. No. 121). Having carefully considered the Status Report and Motion for Further Stay, the undersigned will extend the stay as to Defendant MCMC, LLC for an additional twenty (20) days.

**IT IS THEREFORE ORDERED** that the Plaintiff's motion for stay is **GRANTED**. Any deadlines as to Defendant MCMC, LLC are stayed through and including September 10, 2024. The Parties will file dismissal papers or a status report by September 10, 2024.

**SO ORDERED.**                                          Signed: August 21, 2024

Graham C. Mullen
United States District Judge