**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:19-cv-00695-GCM-DCK**

| | |
|---|---|
| JODY ROSE, ADMINISTRATRIX OF THE ESTATE OF KYREE DEVON HOLMAN, DECEASED,<br><br>**Plaintiff,**<br><br>v.<br><br>PSA AIRLINES, INC., GROUPINSURANCE PLAN, PSA, AIRLINES GROUP HEALTH BENEFIT PLAN, PSA AIRLINES PLAN B EMPLOYEE BENEFIT PLAN, PSA AIRLINES, INC., PSA AIRLINES SHARED SERVICES ORG., UMR, INC., QUANTUM HEALTH, INC. aka MYQHEALTH BY QUANTUM, and MCMC, LLC,<br><br>**Defendants.** | **ORDER** |

**THIS MATTER** is before the Court on the Plaintiff's Motion for Further Stay filed September 10, 2024. (Doc. No. 123). Having carefully considered the Status Report and Motion for Further Stay, Plaintiff's Motion is **DENIED**.

**IT IS THEREFORE ORDERED** that the parties will appear for a status conference on **Tuesday, September 24, 2024 at 1:00 p.m. in Courtroom 8 in the Charlotte Division**.

**SO ORDERED.**

Signed: September 11, 2024

Graham C. Mullen
United States District Judge